423 A.2d 1330

National Bank of North America v. Kyle, Appellant.

Argued March 22, 1979. Alec B. Kyle, for appellant, in propria persona; Albert C. Braslow, for appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Order affirmed.

November 28, 1979.

423 A.2d 1330

Commonwealth v. Miller, Appellant.

Submitted April 12, 1979. Teresa Demchak, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.